June 25, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

A. LEWIS WARD, Appellant

NO. 14-11-01083-CV                    V.

**EVELYN WASHINGTON, LISA CRITCHLOW, AND STACEY JONES, MD,**
Appellees

_____

This cause, an appeal from the judgment in favor of APPELLEES, signed September 15, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to remove the trial court's award of $68,000 in treble damages.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order that APPELLANT and APPELLEES shall pay their own costs incurred by reason of this appeal.

We further order this decision certified below for observance.